

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-2007

# In Re: Jose Figuereo

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-5073

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Jose Figuereo " (2007). *2007 Decisions.* Paper 1575.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1575

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**HLD-51** (January 2007)                    **NOT PRECEDENTIAL**


UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-5073
_____

IN RE: JOSE ALEMAN FIGUEREO,

Petitioner


_____


On a Petition for Writ of Mandamus from the
United States District Court for the District of the Virgin Islands
(Related to D.V.I. Civ. No. 05-cv-0122)
District Judge: Honorable Curtis V. Gomez
_____


Submitted Under Rule 21, Fed. R. App. Pro.

Before: SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES.

(Filed:   February 23, 2007)

_____

OPINION
_____


PER CURIAM.

        Petitioner, Jose Aleman Figuereo, a prisoner at the Federal Correctional

Institution at Miami, Florida, petitions this Court for a writ of mandamus ordering the

United States District Court for the District of the Virgin Islands to act upon his habeas

corpus petition, which was filed in the District Court on August 8, 2005.  At the time of

the filing of the mandamus petition, the District Court had not decided the habeas petition.  However, on February 1, 2007, the District Court issued an order dismissing the habeas petition.  Therefore, we will deny the petition for a writ of mandamus as moot.